UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


LEWIS B. SIMPSON

       v.                                                   CA 12-851 ML

PATRICK R. DONAHOE,
POSTMASTER GENERAL, UNITED
STATES POSTAL SERVICE


## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on November 29, 2012.  No objection has been filed and the time for doing so has passed.  The Court adopts the Report and Recommendation.  Plaintiff's Application to Proceed *in Forma Pauperis* is hereby DENIED.


SO ORDERED:


/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 20, 2012